IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60068
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERNEST THOMAS,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:95-CV-83-BrR
- - - - - - - - - -
July 8, 1996
Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Ernest Thomas appeals from the district court's denial of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Thomas argues that the district engaged in plea negotiations in violation of FED. R. CRIM. P. 11 and that counsel was ineffective for failing challenge the district judge's allegedly prejudicial behavior at trial or to raise the issue on direct appeal. We have reviewed the record and find no

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

reversible error.  Accordingly, we affirm for essentially the reasons stated by the district court.  See Thomas v. United States, No. 1:92cr62GR, 1:95cv83GR (S.D. Ms. Dec. 20, 1995).

AFFIRMED.